IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRICK J. BENSON, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79171

FILED

AUG 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to reconsider petitioner's motion to withdraw his guilty plea.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

SUPREME COURT
OF
NEVADA

(O) 1947A

19-33464

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.                 _____, J.
Pickering                                            Hardesty

cc:    Fredrick J. Benson, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk